UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LORRIE SMITH COMBS<br><br>Plaintiff,<br><br>vs.,<br><br>COMMISSIONER OF SOCIAL<br>    SECURITY<br>Defendant. | Civil No. 6:17-cv-00914-MO<br><br>ORDER TO PAY<br>EAJA FEES |

**Mosman, J.,**

Following my review of Plaintiff's Motion and supporting documentation, and in consideration of Defendant's stipulation to Plaintiff's Motion, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $15,000.00 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). No award is made to Plaintiff for postage expenses and or for photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 25th day of July, 2018.

    /s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge